IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KIRK MACKEY, § | | |
| *Plaintiff* § | | |
| § | CIVIL ACTION | |
| v. § | | |
| § | NO.: 4:24-CV-00513 | |
| TXSDI 1119, LLC, § | | |
| *Defendants* § | | |

## JOINT NOTICE OF SETTLEMENT

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT:

The Parties respectfully notify the Court that the Parties have agreed to settle the dispute in its entirety. Counsel for the Parties are in the process of preparing and finalizing the formal settlement agreement.

Accordingly, the Parties respectfully request that the Court vacate all further deadlines in this matter. The Parties will file the Joint Stipulation of Dismissal when all settlement activities are concluded.

Defendant is filing this Notice with Plaintiffs' approval and permission.

    Respectfully submitted,

    **THORNTON, BIECHLIN,**
       **REYNOLDS & GUERRA, L.C.**
    One International Centre
    100 N.E. Loop 410, Ste. 500
    San Antonio, TX  78216-4741
    Telephone:  (210) 581-0294
    Facsimile:  (210) 525-0666
    Email:  MWallis@thorntonfirm.com
    Email:  LMacom@thorntonfirm.com

    MICHAEL H. WALLIS

2

                                                  SBN:  24033426
                                                  LAURA FLORES MACOM
                                                  SBN:  24002512
                                                  **ATTORNEYS FOR DEFENDANT**
                                                  **TXSDI 1119, LLC**

## **CERTIFICATE OF SERVICE**

      A true and correct copy of the foregoing instrument has been properly delivered with the Clerk of the Court on this  17th  day of  June, 2024 using the CM/ECF system which will send notification of such filing to the following counsel of record:

Douglas S. Schapiro
THE SCHAPIRO LAW GROUP, P.L.
7301-A  W. Palmetto Park Rd., #100A
Boca Raton, FL  33433
Email:  schapiro@schapirolawgroup.com
*Attorneys for Plaintiff*

                                                  MICHAEL H. WALLIS
                                                  LAURA F. MACOM